UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA RIVETT, et al.,<br><br>                    Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | Case No.: 2:21-cv-00717-TLN-AC<br><br>**ORDER APPOINTING ANNA RIVETT AS GUARDIAN AD LITEM FOR R.R.** |

Good cause appearing and pursuant to Federal Rule of Civil Procedure 17(c), the Court GRANTS Anna Rivett's motion. (ECF No. 2.) Anna Rivett is now appointed guardian *ad litem* of R.R., a minor.

IT IS SO ORDERED.

DATED: May 3, 2021

                                                                    Troy L. Nunley
                                                                    United States District Judge