IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA RIVETT, ET AL.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | CASE NO.  2:21-CV-00717-TLN-AC<br><br>**ORDER** |

Pursuant to the parties' joint stipulation, and finding good cause, IT IS HEREBY ORDERED that the Court adopts the following modified schedule:

- Fact discovery to be completed by April 22, 2022.
- Disclosure of expert witnesses to occur by June 24, 2022.
- Disclosure of rebuttal expert witnesses to occur by July 25, 2022.
- Supplemental discovery to be completed by September 23, 2022.
- All dispositive motions to be filed by October 21, 2022.
- The parties shall file a joint notice of trial readiness within 30 days after receiving the Court's ruling on dispositive motions, or, if no dispositive motions are anticipated, by August 19, 2022.

The parties shall notify the Court if they desire a settlement conference.

**IT IS SO ORDERED.**

DATED:  February 11, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1