UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA RIVETT, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 2:21-cv-00717-DAD-AC<br><br>ORDER CLARIFYING ORDER GRANTING APPLICATION FOR APPROVAL OF MINOR'S COMPROMISE |

On June 28, 2023, the court granted plaintiff's amended application to approve minor's compromise. (Doc. No. 32.) Specifically, the court ordered the following, "Defendant shall deposit the balance of the proceeds of the settlement— $32,559.99—into an insured account in a financial institution in this state established for the benefit of R.R. and those deposited funds shall not be withdrawn without further order of this court until R.R. reaches the age of majority[.]" (*Id.* at 6.) On March 2, 2026, plaintiff's counsel filed a proposed order releasing settlement funds. (Doc. No. 35.) Therein, plaintiff's counsel states that the settlement funds were deposited into a Wells Fargo account number ending in 7105 and that R.R. reached the age of majority on January 24, 2026. (*Id.* at 1.) The court notes the requirement of Federal Rule of Civil Procedure 7(b) that a request for a court order must be made by motion. Nonetheless, the court will *sua sponte* clarify its previous order approving the minor's compromise in the interest of judicial economy.

Accordingly, the court clarifies its previous order (Doc. No. 32) and orders that in light of R.R. having reached the age of majority, the settlement funds to which R.R. is entitled may be released without further order of this court.

IT IS SO ORDERED.

Dated: **July 16, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE